RECEIVED
IN LAKE CHARLES, LA

NOV - 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LEE PIPKINS** | : | **DOCKET NO. 2:05 CV 1180** |
| **VS.** | : | **JUDGE MINALDI** |
| **BURL CAIN, WARDEN** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

IT IS ORDERED that the undersigned be RECUSED from this case as she prosecuted this petitioner in state court.

Lake Charles, Louisiana, this 3 day of November, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE