RECEIVED
IN LAKE CHARLES, LA

DEC - 2 2005



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

LEE PIPKINS

VS.

BURL CAIN, WARDEN

CIVIL ACTION NO. 05-1180-LC

SECTION P

JUDGE ~~MINALDI~~ TRIMBLE

MAGISTRATE JUDGE WILSON

## J U D G M E N T

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d) and because petitioner's claims are procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 2<sup>nc</sup> day of _December_, 2005.

~~PATRICIA MINALDI~~ James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE